IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:12-cv-00083-BR

| | |
|---|---|
| ASCEND HEALTH CORPORATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **NOTICE OF VOLUNTARY** |
| v. ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| BRENDA WELLS, et al. ) | |
| ) | |
| Defendants. ) | |

NOW COMES Plaintiff, Ascend Health Corporation, et al., pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, with the agreement and stipulation of Defendant Brenda Wells et al., and hereby dismisses all claims against Defendant Brenda Wells, et al. *with prejudice*. Each party shall bear its own costs and attorney's fees.

Respectfully submitted this the 22nd day of April, 2013.

                WILLIAMS MULLEN

                By: */s/ Robert C. Van Arnam*
                Robert C. Van Arnam
                N.C. State Bar No. 28838
                rvanarman@williamsmullen.com
                Elizabeth C. Stone
                N.C. State Bar No. 36690
                ecstone@williamsmullen.com
                Neil C. Magnuson
                N.C. State Bar No. 40272
                nmagnuson@williamsmullen.com
                301 Fayetteville Street, Suite 1700 (27601)
                PO Box 1000, Raleigh, NC 27602
                Telephone: (919) 981-4000
                Facsimile: (919) 981-4300
                *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

rvanarnam@williamsmullen.com
ecstone@williamsmullen.com
nmagnuson@williamsmullen.com
ccoble@brookspierce.com
edavid@brookspierce.com

        WILLIAMS MULLEN

        By: */s/ Robert C. Van Arnam*
        Robert C. Van Arnam
        N.C. State Bar No. 28838
        301 Fayetteville Street, Suite 1700 (27601)
        PO Box 1000
        Raleigh, NC 27602
        Telephone: (919) 981-4000
        Facsimile: (919) 981-4300
        *Attorneys for Plaintiff*